[No. 46516-3-I.  Division One.  February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. REED, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-8-06588-5, Julie Spector, J., entered April 17, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46529-5-I.  Division One.  February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FELBERT BARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-8-04229-0, Philip G. Hubbard, Jr., and Laura C. Inveen, JJ., entered March 3, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46509-1-I.  Division One.  February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.C., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-8-08079-7, Dean Scott Lum, J., entered March 27, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46246-6-I.  Division One.  February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE H., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-8-00704-1, Martha V. Gross, J. Pro Tem., entered February 28, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46236-9-I.  Division One.  February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-8-05201-5, Charles V. Johnson, J., entered January 25, 2000. *Affirmed* by unpublished per curiam opinion.